FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 11 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AVRAHAM ABDURAKHMANOV,
on behalf of himself, FLSA Collective
Plaintiffs and the Class,

        Plaintiff,

-against-

SUSHI MESHUGA QUEENS INC.,
SM QUEENS INC.,
SUSHI MESHUGA INC.,
SUSHI SPOT INC.,
ELI ETGAR and URIEL ETGAR,

        Defendants.

---

Case No. 17-CV-1579

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: *Michael P. Hilferty*
Michael P. Hilferty, Esq.
Law Offices of Vincent P. White, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022
Telephone:(646)-380-0100
Fax: (646)-449-7229
mph@nycjobattorney.com

Date: 8/30/2017

**SO ORDERED:**

Dated: _____

For the Plaintiff:

By: _____ /Anne Seelig/
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 8/31/17

So Ordered: 9/11/17
Lois Bloom
U.S. Magistrate Judge

*The Clerk of Court shall close this case.*
/S/ Judge Lois Bloom

_____
United States Magistrate Judge